AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JOSEPH FARERI and ROSE FARERI | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:16-cv-03734  FB-VMS |
| UNITED STATES OF AMERICA | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED STATES OF AMERICA
c/o United States Attorney for the Eastern District of New York
271 Cadman Plaza East, Brooklyn, NY 11201

c/o Attorney General of the United States
Department of Justice, Room 5111
950 Pennsylvania Ave, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Munawar & Andrews-Santillo LLP
420 Lexington Avenue, Suite 2601
New York, NY 10170

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Douglas C.Palmer
*CLERK OF COURT*

7/8/2016

Date: 06/28/2016



s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*